

NUMBER 13-11-00051-CV

# COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

RENE ORTEGA AND WIFE MARY ORTEGA,
ROLANDO ORTEGA AND WIFE AURORA ORTEGA
AND ALBERT ORTEGA,                                              Appellants,

v.

RICARDO PEREZ, SUCCESSOR IN INTEREST
TO JPO ENTERPRISES, INC.,                                      Appellee.

On appeal from the County Court at Law No. 4
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Garza, Benavides, and Vela**
**Memorandum Opinion Per Curiam**

Appellants, Rene Ortega and wife Mary Ortega, Rolando Ortega and wife Aurora

Ortega, and Albert Ortega, filed a notice of appeal in the above cause on Wednesday,

January 19, 2011. On January 24, 2010, the Clerk of this Court notified the appellants

that the notice of appeal failed to comply with the appellate rules and requested correction of this defect within thirty days.   Appellants failed to correct this defect.

On February 18, 2011, the Court received and reviewed the clerk's record in this cause.   The notice of appeal, filed on January 18, 2010, indicates that appellants are appealing an order granting summary judgment signed on November 19, 2010, and an order denying a motion for new trial signed on December 17, 2010.   The clerk's record does not include an order signed on November 19, 2010, and the order denying a new trial is not an independently appealable order.   Accordingly, on May 4, 2011, the Clerk of this Court notified appellants regarding these defects so that steps could be taken to correct the defects, if possible.   The Clerk notified appellants that the appeal would be dismissed if the defect was not corrected after the expiration of ten days from the date of receipt of this letter.   *See* TEX. R. APP. P. 42.3, 44.3.   More than ten days have passed following receipt of this letter, and the defect has not been corrected.

The Court, having considered the notice of appeal, the clerk's record, and appellants' failure to respond to the Court's directives, is of the opinion that the appeal should be dismissed.   *See id.*   Accordingly, the appeal is DISMISSED.

PER CURIAM

Delivered and filed this the
3rd day of June, 2011.

2